**NIX, PATTERSON & ROACH, L.L.P.**
DEREK T. GILLILAND (*pro hac vice*)
dgilliland@nixlawfirm.com
EDWARD CHIN *(pro hac vice)*
edchin@me.com
CHRISTIAN HURT *(pro hac vice)*
christianhurt@nixlawfirm.com
KIRK VOSS *(pro hac vice)*
kirkvoss@me.com
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: (972) 831-1188
Facsimile: (972) 444-0716

– and –

Lewis E. Hudnell, III (CASBN 218736)
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.7720
Facsimile: 347.772.3034
Email: lewis@hudnelllaw.com

ATTORNEYS FOR PLAINTIFF
COLLABORATIVE AGREEMENTS, LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATIVE AGREEMENTS, LLC, D/B/A OUI AGREE<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, *et al*,<br><br>Defendants. | Case No:    3:15-cv-03853-EMC<br><br>**STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES**<br><br>Judge:  The Honorable Edward Chen |

COMES NOW Plaintiff Collaborative Agreements, LLC d/b/a Oui Agree ("Oui Agree" or "Plaintiff") and Defendant Adobe Systems Incorporated ("Adobe" or "Defendant"), by and through their undersigned counsel, and hereby notify the Court that they have reached an agreement and stipulate to the extension of certain Discovery Deadlines as indicated below.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| P. R. 3-1 Infringement Contentions | December 24, 2015 | January 4, 2016 |
| P. R. 3-2 Document Production Accompanying Disclosure | December 24, 2015 | January 22, 2016 |
| P. R. 3-3 Invalidity Contentions | February 7, 2016 | February 25, 2016 |
| P. R. 3-4 Document Production Accompanying Disclosure | February 7, 2016 | March 7, 2016 |
| P. R. 3-7 Advice of Counsel Disclosure | (50 days after Claim Construction Order Order) | April 6, 2016 |

The parties stipulate and request that the proposed Discovery deadlines be adopted as follows:

| EVENT | DEADLINE |
|---|---|
| P. R. 3-1 Infringement Contentions | January 4, 2016 |
| P. R. 3-2 Document Production Accompanying Disclosure | January 22, 2016 |
| P. R. 3-3 Invalidity Contentions | February 25, 2016 |
| P. R. 3-4 Document Production Accompanying Disclosure | March 7, 2016 |
| P. R. 3-7 Advice of Counsel Disclosure | April 6, 2016 |

The parties also stipulate that none of the proposed deadlines shall detrimentally affect a party's right to discovery that is "focused on Defendants' early motion for summary adjudication" per the Court's Case Management Conference and Pretrial Order (Dkt. No. 134).

**Stipulation to Extend Certain Discovery Deadlines**
Case No: 3:15-CV-03853-EMC

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    Dated: _____ December 23 _____, 2015.

3

4                                                    IT IS SO ORDERED

5                                    Honorab

6                                                    Judge Edward M. Chen

7

8

9    DATED:  December 18, 2015              /s/ Edward Chin

10                                          _____
                                            Edward Chin
11

12                                          **NIX, PATTERSON & ROACH, L.L.P.**
                                            DEREK T. GILLILAND (*pro hac vice*)
13                                          dgilliland@nixlawfirm.com
                                            EDWARD CHIN (*pro hac vice*)
14                                          edchin@me.com
                                            CHRISTIAN HURT (*pro hac vice*)
15                                          christianhurt@nixlawfirm.com
                                            KIRK VOSS (*pro hac vice*)
16                                          kirkvoss@me.com
                                            5215 N. O'Connor Blvd., Suite 1900
17                                          Irving, TX  75039
                                            Telephone: (972) 831-1188
18                                          Facsimile: (972) 444-0716
19

20                                          – and –

21                                          Lewis E. Hudnell, III (CASBN 218736)
22                                          HUDNELL LAW GROUP P.C.
                                            800 W. El Camino Real Suite 180
23                                          Mountain View, California 94040
                                            Telephone: 650.564.7720
24                                          Facsimile: 347.772.3034
                                            Email: lewis@hudnelllaw.com
25

26                                          ATTORNEYS FOR PLAINTIFF
                                            COLLABORATIVE AGREEMENTS, LLC
27

28

**Stipulation to Extend Certain Discovery Deadlines**
Case No: 3:15-CV-03853-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  December 18, 2015

FISH & RICHARDSON P.C.

By:   */s/ Jason Wolff*

_____

Jason W. Wolff (CASBN 215819)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Email: wolff@fr.com

Neil A. Warren (CASBN 272770)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650) 839-5071
Email: warren@fr.com

**ATTORNEYS FOR DEFENDANT**
Adobe Systems Incorporated

**CONSENT TO FILING PURSUANT TO GENERAL ORDER 45(X)**

The undersigned hereby attests that written concurrence in the filing of the **Stipulation Extending Certain Discovery Deadlines** has been obtained from each of the parties listed in the signature block above.

Dated: December 18, 2015

*/s/ Edward Chin*
_____
**Edward Chin**

**NIX, PATTERSON & ROACH, L.L.P.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on December 18, 2015.

*/s/ Edward Chin*
_____
**Edward Chin**

**NIX, PATTERSON & ROACH, L.L.P.**

**Stipulation to Extend Certain Discovery Deadlines**
Case No: 3:15-CV-03853-EMC