**NIX, PATTERSON & ROACH, L.L.P.**
DEREK T. GILLILAND (*pro hac vice*)
dgilliland@nixlawfirm.com
EDWARD CHIN (*pro hac vice*)
edchin@me.com
CHRISTIAN HURT (*pro hac vice*)
christianhurt@nixlawfirm.com
KIRK VOSS (*pro hac vice*)
kirkvoss@me.com
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: (972) 831-1188
Facsimile: (972) 444-0716

– and –

Lewis E. Hudnell, III (CASBN 218736)
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.7720
Facsimile: 347.772.3034
Email: lewis@hudnelllaw.com

ATTORNEYS FOR PLAINTIFF
COLLABORATIVE AGREEMENTS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATIVE AGREEMENTS, LLC, D/B/A OUI AGREE<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>Defendant. | Case No:   3:15-cv-03853-EMC<br><br>**STIPULATION TO EXTEND ADR (SETTLEMENT CONFERENCE) DEADLINE**<br><br>Judge:  The Honorable Edward Chen |

COMES NOW Plaintiff Collaborative Agreements, LLC and Defendant Adobe Systems Incorporated, by and through their undersigned counsel, and respectfully request an extension until May 3, 2016 for completion of the Court's ADR requirement.

On December 11, 2015, the Court ordered completion of ADR (a settlement conference before a Magistrate Judge) by April 1, 2016 (Dkt. No. 134).  On December 14, 2015, the case was referred to Magistrate Judge Laurel Beeler for this purpose.  On December 15, 2015, Magistrate Judge Beeler set the settlement conference for March 9, 2016 (Dkt. No. 135). Counsel for Plaintiff has a conflict on the noticed date.  The parties conferred and contacted Magistrate Judge Beeler's clerk regarding other dates.  No other dates were available between the parties required to attend and Magistrate Judge Beeler until May 3, 2016.  Modification of the ADR completion date should not otherwise impact the schedule for this case.

The parties thus respectfully request that the date for completion of the ADR requirement be changed to **May 3, 2016**.  Judge Beeler's courtroom deputy has advised that May 3, 2016 at 10:00 am is currently available for the parties to conduct the Settlement Conference, subject to Judge Beeler's trial schedule that week.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____1/11_____, 2016.

_____
United States District Judge
Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation to Extend ADR (Settlement Conference) Deadline
Case No: 3:15-CV-03853-EMC

DATED: January 7, 2016

/s/ Edward Chin

Edward Chin

**NIX, PATTERSON & ROACH, L.L.P.**
DEREK T. GILLILAND (*pro hac vice*)
dgilliland@nixlawfirm.com
EDWARD CHIN (*pro hac vice*)
edchin@me.com
CHRISTIAN HURT (*pro hac vice*)
christianhurt@nixlawfirm.com
KIRK VOSS (*pro hac vice*)
kirkvoss@me.com
5215 N. O'Connor Blvd., Suite 1900
Irving, TX  75039
Telephone: (972) 831-1188
Facsimile: (972) 444-0716

– and –

Lewis E. Hudnell, III (CASBN 218736)
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.7720
Facsimile: 347.772.3034
Email: lewis@hudnelllaw.com

ATTORNEYS FOR PLAINTIFF
COLLABORATIVE AGREEMENTS, LLC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  January 7, 2016 | FISH & RICHARDSON P.C. |
| 3 | | By: */s/ Jason Wolff* |
| 4 | | _____ |
| 5 | | Jason W. Wolff (CASBN 215819)<br>FISH & RICHARDSON P.C. |
| 6 | | 12390 El Camino Real<br>San Diego, CA 92130 |
| 7 | | Telephone: (858) 678-5070<br>Email: wolff@fr.com |
| 8 | | |
| 9 | | Neil A. Warren (CASBN 272770)<br>FISH & RICHARDSON P.C. |
| 10 | | 500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| 11 | | Telephone: 650) 839-5071<br>Email: warren@fr.com |
| 12 | | |
| 13 | | **ATTORNEYS FOR DEFENDANT**<br>Adobe Systems Incorporated |

**Stipulation to Extend ADR (Settlement Conference) Deadline**
Case No: 3:15-CV-03853-EMC

## CONSENT TO FILING

The undersigned hereby attests that written concurrence in the filing of the **Stipulation Extending ADR (Settlement Conference) Deadline** has been obtained from each of the parties listed in the signature block above.

Dated: January 7, 2016

/s/ Edward Chin
_____
**Edward Chin**

**NIX, PATTERSON & ROACH, L.L.P.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on January 7, 2016.

/s/ Edward Chin
_____
**Edward Chin**

**NIX, PATTERSON & ROACH, L.L.P.**