**NIX, PATTERSON & ROACH, L.L.P.**
DEREK T. GILLILAND (*pro hac vice*)
dgilliland@nixlawfirm.com
EDWARD CHIN (*pro hac vice*)
edchin@me.com
CHRISTIAN HURT (*pro hac vice*)
christianhurt@nixlawfirm.com
KIRK VOSS (*pro hac vice*)
kirkvoss@me.com
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: (972) 831-1188
Facsimile: (972) 444-0716

– and –

Lewis E. Hudnell, III (CASBN 218736)
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.7720
Facsimile: 347.772.3034
Email: lewis@hudnelllaw.com

ATTORNEYS FOR PLAINTIFF
COLLABORATIVE AGREEMENTS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATIVE AGREEMENTS, LLC, D/B/A OUI AGREE<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED, *et al*,<br><br>Defendants. | Case No:   3:15-cv-03853-EMC<br><br>**UNOPPOSED MOTION FOR WITHDRAW EDWARD CHIN AS COUNSEL FOR PLAINTIFF AND [PROPOSED] ORDER**<br><br>Judge:   The Honorable Edward Chen |

Pursuant to Local Rule CV 11-5(a), Nix Patterson & Roach, LLP respectfully requests that Edward Chin be permitted to withdraw as counsel for Plaintiff Collaborative Agreements, LLC. Mr. Chin will no longer be employed by Nix Patterson & Roach after January 15, 2016. Additionally, Collaborative Agreements, LLC and Nix, Patterson & Roach request that Mr. Chin's electronic notices in this case be terminated effective upon entry of the Order withdrawing him as attorney-of-record in this case. The remaining undersigned members of Nix Patterson & Roach and Hudnell Law Group, P.C. will continue to represent Collaborative Agreements, LLC in this matter.

Counsel for Collaborative Agreements, LLC has conferred with counsel for defendant, and the motion is unopposed.

Dated:  January 14, 2016            Respectfully submitted,

_____
Edward Chin

**NIX, PATTERSON & ROACH, L.L.P.**
DEREK T. GILLILAND (pro hac vice)
dgilliland@nixlawfirm.com
EDWARD CHIN (pro hac vice)
edchin@me.com
CHRISTIAN HURT (pro hac vice)
christianhurt@nixlawfirm.com
KIRK VOSS (pro hac vice)
kirkvoss@me.com
5215 N. O'Connor Blvd., Suite 1900
Irving, TX  75039
Telephone: (972) 831-1188
Facsimile: (972) 444-0716

– and –

Lewis E. Hudnell, III (CASBN 218736)
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040

**Unopposed Motion to Withdraw Edward Chin**
Case No: 3:15-CV-03853-EMC

Telephone: 650.564.7720
Facsimile: 347.772.3034
Email: lewis@hudnelllaw.com

ATTORNEYS FOR PLAINTIFF
COLLABORATIVE AGREEMENTS, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was electronically filed in compliance with Local Rule CV-5 and served via the Court's electronic filing system on all counsel who have consented to electronic service on January 14, 2016.

_____
**Edward Chin**

**NIX, PATTERSON & ROACH, L.L.P.**

**ORDER**

The Motion to Withdraw Edward Chin as Counsel for Collaborative Agreements, LLC is hereby GRANTED.

Dated: _____1/15_____, 2016

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Unopposed Motion to Withdraw Edward Chin**
Case No: 3:15-CV-03853-EMC