| | |
|---|---|
| Frank E. Scherkenbach (CA #142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br><br>Jason W. Wolff (CA #215819)<br>wolff@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br><br>Neil A. Warren (CA #272770)<br>warren@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br><br>Attorneys for Defendant<br>ADOBE SYSTEMS INCORPORATED | Derek T. Gilliland (pro hac vice)<br>dgilliland@nixlawfirm.com<br>Edward Chin (pro hac vice)<br>edchin@me.com<br>Christian Hurt (pro hac vice)<br>christianhurt@nixlawfirm.com<br>Kirk Voss (pro hac vice)<br>kirkvoss@me.com<br>NIX, PATTERSON & ROACH, LLP<br>5215 N. O'Connor Blvd., Suite 1900<br>Irving, TX 75039<br>Telephone: (972) 831-1188<br><br>Lewis E. Hudnell, III (CA #218736)<br>lewis@hudnelllaw.com<br>HUDNELL LAW GROUP P.C.<br>800 W. El Camino Real, Suite 180<br>Mountain View, CA 94040<br>Telephone: (650) 564-7720<br><br>Attorneys for Plaintiff<br>COLLABORATIVE AGREEMENTS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Collaborative Agreements, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>Adobe Systems Incorporated,<br><br>      Defendant. | Case No. 15-cv-03853-EMC<br><br>**STIPULATION AND ORDER TO MODIFY DATE TO EXCHANGE EMAIL PRODUCTION REQUESTS** |

1      COMES NOW Plaintiff Collaborative Agreements, LLC d/b/a Oui Agree ("Oui Agree" or "Plaintiff") and Defendant Adobe Systems Incorporated ("Adobe" or "Defendant"), by and through their undersigned counsel, and hereby notify the Court that they have reached an agreement and stipulate to the extension of the date to exchange email production requests set forth in the Court's Order Regarding Discovery of Electronically Stored Information [Dkt. No. 131]. The parties have met and conferred regarding certain discovery issues and jointly agree that continuing that meet and confer process for another week before exchanging email production requests would be desirable.

   Accordingly, the parties stipulate and request that the deadline set forth in Section II.C of the Court's Order [Dkt. No. 131], currently February 19, 2016, be extended by one week until Friday, February 26, 2016.

Dated:  February 18, 2016            FISH & RICHARDSON P.C.


                                     By:  */s/ Neil A. Warren*
                                          Neil A. Warren

                                     Attorneys for Defendant
                                     ADOBE SYSTEMS INCORPORATED


Dated:  February 18, 2016            NIX, PATTERSON & ROACH, LLP


                                     By:  */s/ Christian Hurt*
                                          Christian Hurt

                                     Attorneys for Plaintiff
                                     COLLABORATIVE AGREEMENTS, LLC

///
///
///
///

**CONSENT TO FILING PURSUANT TO GENERAL ORDER 45(X)**

The undersigned hereby attests that written concurrence in the filing of the Stipulation and Order to Modify Date to Exchange Email Production Requests has been obtained from each of the parties listed in the signature block above.

Dated: February 18, 2016                    FISH & RICHARDSON P.C.

By:  */s/ Neil A. Warren*
      Neil A. Warren

Attorneys for Defendant
ADOBE SYSTEMS INCORPORATED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____February 19_____, 2016          _____
                                             Honorable Edward Chen
                                             U.S. DISTRICT COURT JUDGE

51012516