| | |
|---|---|
| Frank E. Scherkenbach (CA #142549)<br>scherkenbach@fr.com<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210<br>Telephone: (617) 542-5070<br><br>Jason W. Wolff (CA #215819)<br>wolff@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br><br>Neil A. Warren (CA #272770)<br>warren@fr.com<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br><br>Leah A. Edelman (Admitted Pro Hac Vice)<br>edelman@fr.com<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W., 11th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 783-5070<br><br>Attorneys for Defendant<br>ADOBE SYSTEMS INCORPORATED | Derek T. Gilliland (pro hac vice)<br>dgilliland@nixlawfirm.com<br>Christian Hurt (Admitted Pro Hac Vice)<br>christianhurt@nixlawfirm.com<br>Kirk Voss (Admitted Pro Hac Vice)<br>kirkvoss@me.com<br>NIX, PATTERSON & ROACH, LLP<br>5215 N. O'Connor Blvd., Suite 1900<br>Irving, TX 75039<br>Telephone: (972) 831-1188<br><br>Lewis E. Hudnell, III (CA #218736)<br>lewis@hudnelllaw.com<br>HUDNELL LAW GROUP P.C.<br>800 W. El Camino Real, Suite 180<br>Mountain View, CA 94040<br>Telephone: (650) 564-7720<br><br>Attorneys for Plaintiff<br>COLLABORATIVE AGREEMENTS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLABORATIVE AGREEMENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INCORPORATED,<br><br>Defendant. | Case No. 15-cv-03853-EMC<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING THE TIME TO RENEW ADOBE'S MOTION FOR ATTORNEY FEES** |

Before the court is Plaintiff Collaborative Agreements, LLC's and Defendant Adobe Systems Incorporated's Stipulated Request for Order Changing the Time to Renew Adobe's Motion for Attorney Fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The deadline is changed to 10/24/17.

Dated: ____9/18____, 2017.

_____
EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen